# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY RAYE LEE DELANEY,<br><br>    Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. EDCV 14-0127-VAP (JEM)<br><br>**JUDGMENT** |

  In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

  IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: Oct. 1, 2014

                  VIRGINIA A. PHILLIPS
              UNITED STATES DISTRICT JUDGE